[No. 6143-1. Division One. February 20, 1979.]

PACIFIC NATIONAL BANK OF WASHINGTON, *Respondent*, v. RICHARD L. DEHART, ET AL, *Appellants*, NURSING HOME BUILDING CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 110991, Thomas G. McCrea, J., entered November 9, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, A.C.J., and James, J.

[No. 6589-44200-1. Division One. February 20, 1979.]

MARJORIE S. STANEK, *Appellant*, v. KOHLER-GENERAL, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 718719, Jerome M. Johnson, J., entered April 8, 1976. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by Farris and Dore, JJ.

[No. 5378-1. Division One. December 11, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. MERLE MCCLELLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 75405, Jerome M. Johnson, J., entered January 11, 1977. *Reversed* by unpublished opinion per Dore, J., concurred in by Williams, J., Andersen, A.C.J., dissenting.